Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH MENICHIELLO** and **JASON ALAN,** Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br><br>vs.<br><br>**CAPITAL ADVANCE SOLUTIONS LLC; GEOFFREY HORN,**<br><br>Defendant. | Case No. 8:15-cv-02163-SVW-KES<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss this matter without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 17th day of June, 2016.
By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Notice of Dismissal - 1

Filed electronically on this 17th day of June, 2016, with:

United States District Court CM/ECF system

Notification sent on this 17th day of June, 2016, via the ECF system to:

Honorable Stephen V. Wilson
United States District Court
Central District of California

And served via mail to:

Capital Advance Solutions LLC
c/o Geoffrey Horn
1715 State Route 35, Ste 302
Middletown, NJ 07748

This 17th day of June, 2016.
By: s/Todd M. Friedman
　　　Todd M. Friedman

Notice of Dismissal - 2